UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EVANSTON INSURANCE COMPANY**                           **CIVIL ACTION**

**VERSUS**                                               **NO. 20-326**

**PATRICIA MEZLINI AND 3 BROTHERS LLC**                  **SECTION "B"(4)**

### JUDGMENT

Considering the recent Order granting plaintiff's unopposed motion for summary judgment(Rec. Docs. 14, 17, 18 & 19),

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff Evanston Insurance Company declaring it has neither a duty to provide coverage for any award in favor of defendant Patricia Mezlini nor a duty to indemnify or continue defending defendant 3 Brothers LLC against Patricia Mezlini's claims.

New Orleans, Louisiana this 10th day of September, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE